James Devon POWELL,
Plaintiff–Appellant,

v.

Lieutenant Scott PARKER; Pat Ridgeway, Officer; Middlesex Township; J.P. Barnes; Thomas Apgar; Steve Stancil; Derl Land; Nash County Sheriff's Department, Unknown Officers, Defendants–Appellees.

No. 04–6823.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 12, 2004.

Decided: Aug. 19, 2004.

James Devon Powell, Appellant pro se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Devon Powell appeals the district court's order dismissing his 42 U.S.C. §§ 1983, 1985 (2000) complaint as filed beyond the applicable statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Powell v. Parker, No. CA–03–900–5–FL (E.D.N.C. filed Apr. 19, 2004 & en-

tered Apr. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*